■ CATHERINE ROBERTS, Appellant, v. VERNON W. BAUER et al., Doing Business under the Name of OCEANSIDE TAXI Co., et al., Respondents.— Upon the report and finding of the Official Referee to whom the matter was referred to hear and report (*Roberts* v. *Bauer,* 7 A D 2d 991), motion to dismiss appeal denied, with $10 costs. Present — Nolan, P. J., Wenzel, Beldock, Murphy and Kleinfeld, JJ.

■ LOUIS DI CARLO et al., Appellants, v. SHIRLEY GUTTMAN, Respondent, et al., Defendant.— Appeal from so much of an order as on reargument adhered to the original decision denying appellants' motion to vacate a notice of examination before trial. The order granted each party the right to examine the other, with the right to appellants to examine first. Order insofar as appealed from affirmed, with $10 costs and disbursements. The notice of examination was untimely for failure to comply with our special rule (Rules App. Div. [2d Dept.], special rule, eff. Jan. 15, 1957) and for failure to explain the delay. However, appellants' request to examine the adverse parties before trial long after they filed their statement of readiness was also untimely. The discretion exercised in favor of appellants in granting them the untimely examination justifies the discretion exercised against them. Nolan, P. J., Wenzel, Beldock, Ughetta and Hallinan, JJ., concur.

■ JOSEPH GAJ, Respondent, v. GRP MACHINE SHOP, INC., Appellant.— Appeal by notice of appeal dated March 30, 1959 (1) from an order of the County Court, Westchester County, entered on or about March 25, 1959 denying appellant's motion to open its default in pleading and to vacate the judgment entered thereon, and (2) from an order of said court entered on or about March 11, 1959 granting reargument, and upon reargument adhering to the original decision. Appeal from order entered March 25, 1959 dismissed, without costs. (*Graffeo* v. *Graffeo,* 7 A D 2d 741.) Order entered March 11, 1959 affirmed, without costs. No opinion. Nolan, P. J., Wenzel, Beldock, Ughetta and Hallinan, JJ., concur.

■ NATALIE GROEGER et al., Appellants, v. MIFLEB REALTY CORP., Respondent.— Appeal from an order denying an application for a preference under rule 9 of the Kings County Supreme Court Rules, unless appellant Natalie Groeger consent within a stated time to an examination by a physician designated by the court, in which event the application would be held in abeyance. Order affirmed, with $10 costs and disbursements. On the basis of the medical proof submitted on the application, a denial of a preference was warranted. In the circumstances, the conditional order appealed from was within the bounds of the court's discretion. (Cf. *Cunningham* v. *Malbin,* 8 A D 2d 949.) Nolan, P. J., Wenzel, Beldock, Ughetta and Hallinan, JJ., concur.